CITY OF KANSAS CITY, Missouri, Respondent,

v.

Blanca SALINAS and Siboney M. Rivera, co-administrators of estate of Enrique Rivera, Appellants.

No. WD 61963.

Missouri Court of Appeals, Western District.

June 22, 2004.

Michael R. Ong, Leawood, KS, for appellants.

Theodore T. Anderson, Kansas City, MO, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

PER CURIAM.

Blanca Salinas and Siboney M. Rivera appeal the circuit court's judgment allowing City of Kansas City to collect its costs in demolishing a building owned by Enrique Rivera. Affirmed. Rule 84.16(b).